**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

❏ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

March 2, 2020

Evan B. Chadwick, Esq.
Chadwick & Spensley, PLLC
136 High Streeet
Brattleboro, VT 05301

Pietro J. Lynn, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401

Re:   *Luhizo v. City of Burlington, Vermont et al.*
      Docket No. 2:20-cv-5-wks

Dear Counsel:

The following evaluator has been assigned to the above-referenced case.

Michael J. Marks, Esq., MarksPower LLP, 1205 Three Mile Bridge Road, Middlebury, Vermont 05753.  (802) 388-2211.

Pursuant to Local Rule 16.1, the parties are now required to do the following:

- Confer with your evaluator to establish a date and time for the ENE session, while considering the specific *attendance requirements* of Local Rule 16.1(g).

- Discuss *compensation* with your evaluator.  The standard fee under Local Rule 16.1(d)(3) is $500 per case to be shared equally by the parties.  Fees are to be paid directly to the evaluator; no money should be sent to the U.S. District Court.

- Include the ENE session date and time in the Stipulated Discovery Schedule that is due **March 16. 2020.**

- Please observe the requirements of Local Rule 16.1(h) and (i) regarding *preparation for and conduct of* the ENE session.

If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Emerson Howe*
Deputy Clerk
(802) 951-8113

cc:   Michael J. Marks, Esq.