IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MOHAMED LUHIZO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BURLINGTON, VERMONT )<br>)<br>BRANDON DEL POZO, )<br>INDIVIDUALLY AND IN HIS )<br>OFFICIAL CAPACITY AS CHIEF )<br>OF POLICE FOR THE CITY OF )<br>BURLINGTON, VERMONT )<br>)<br>JASON BELLAVANCE, )<br>INDIVIDUALLY AND IN HIS )<br>OFFICIAL CAPACITY AS A POLICE )<br>OFFICER FOR THE CITY OF )<br>BURLINGTON, VERMONT )<br>)<br>DEREK HODGES )<br>INDIVIDUALLY AND IN HIS )<br>OFFICIAL CAPACITY AS A )<br>POLICE OFFICER FOR THE CITY )<br>OF BURLINGTON, VERMONT )<br>)<br>BRYAN KIRBY, )<br>INDIVIDUALLY AND IN HIS )<br>OFFICIAL CAPACITY AS A POLICE )<br>OFFICER FOR THE CITY OF )<br>BURLINGTON, VERMONT )<br>)<br>CORY CAMPBELL )<br>INDIVIDUALLY AND IN HIS )<br>OFFICIAL CAPACITY AS A POLICE )<br>OFFICER FOR THE CITY OF )<br>BURLINGTON, VERMONT, )<br>)<br>Defendants. ) | Civil Action No. 2:20-cv-05 |

## **DISCOVERY CERTIFICATE**

I, Pietro J. Lynn, Esq., attorney for the Defendants, certify that on this date, I served *Defendants' First Set of Interrogatories and Requests to Produce to Mohamed Luhizo,* on the counsel of record by U.S. Mail as follows:

Evan Chadwick, Esq.
Chadwick & Spensley, PLLC
P.O Box 6182
Brattleboro, VT 05302
evan@chadwicklawvt.com

Dated at Burlington, Vermont, this 5th day of March, 2020.

> CITY OF BURLINGTON, POLICE CHIEF BRANDON DEL POZO, POLICE OFFICER JASON BELLAVANCE, POLICE OFFICER DEREK HODGES, POLICE OFFICER BRYAN KIRBY AND POLICE OFFICER CORY CAMPBELL
>
> By:  /s/ Pietro J. Lynn
> Pietro J. Lynn, Esq.
> Lynn, Lynn, Blackman & Manitsky, P.C.
> *Counsel for Defendants*
> 76 St. Paul St., Suite 400
> Burlington, VT  05401
> (802) 860-1500
> plynn@lynnlawvt.com