IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MOHAMED LUHIZO

    PLAINTIFFS

vs.

| | |
|---|---|
| CITY OF BURLINGTON, VERMONT; <br> BRANDON DEL POZO, <br> DEREK HODGES, <br> BRYAN KIRBY, <br> CORY CAMPBELL, | Civil Action <br> No.2:20-cv-05 |

### STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES the Plaintiff Mohamed Luhizo, by and through his Attorney, Evan Chadwick, Esq. and Defendants City of Burlington, Vermont, Brandon del Pozo, Derek Hodges, Bryan Kirby, and Cory Campbell and Parties move that the Court dismiss the above referenced matter WITHOUT prejudice.

DATED at Brattleboro, Vermont, this 19th day of June, 2020.

### MOHAMED LUHIZO

By: /S/ Evan Chadwick_____
      Evan Chadwick, Esq.
      Chadwick & Spensley, PLLC.
      *Counsel for Plaintiffs*
      136 High Street
      Brattleboro, VT 05301
      Phone: 802-257-7161
      evan@chadwicklawvt.com

DATED at Burlington, Vermont this  19th  day of June, 2020.

Respectfully submitted,<br>
Attorney for Defendants<br>
<br>
 /S/Pietro Lynn<br>
PIETRO LYNN<br>
76 St. Paul Street, Suite 400<br>
Burlington, VT 05401<br>
(802)-860-1500<br>
plynn@lynnlawvt.com

SO ORDERED:

_____      _____
Judge                                                                                  Date