IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MOHAMED LUHIZO

    PLAINTIFFS

vs.

| | |
|---|---|
| CITY OF BURLINGTON, VERMONT; | Civil Action |
| BRANDON DEL POZO, | No.2:20-cv-05 |
| DEREK HODGES, | |
| BRYAN KIRBY, | |
| CORY CAMPBELL, | |

## STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES the Plaintiff Mohamed Luhizo, by and through his Attorney, Evan Chadwick, Esq. and Defendants City of Burlington, Vermont, Brandon del Pozo, Derek Hodges, Bryan Kirby, and Cory Campbell and Parties move that the Court dismiss the above referenced matter WITHOUT prejudice.

DATED at Brattleboro, Vermont, this 19th day of June, 2020.

### MOHAMED LUHIZO

By: /S/ Evan Chadwick_____
    Evan Chadwick, Esq.
    Chadwick & Spensley, PLLC.
    *Counsel for Plaintiffs*
    136 High Street
    Brattleboro, VT 05301
    Phone: 802-257-7161
    evan@chadwicklawvt.com

DATED at Burlington, Vermont this _19th_ day of June, 2020.

1

Respectfully submitted,
Attorney for Defendants

/S/Pietro Lynn
PIETRO LYNN
76 St. Paul Street, Suite 400
Burlington, VT 05401
(802)-860-1500
plynn@lynnlawvt.com

SO ORDERED:

/s/ William K. Sessions III                                June 19, 2020
_____            _____
Judge                                                                    Date

2